Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.12.140.117,<br><br>            Defendant. | Case No.: 2:22-cv-00165-TLN-CKD<br><br>JUDGE: Troy L. Nunley<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.12.140.117** |

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 73.12.140.117 ("Defendant") through his counsel, Steven C. Vondran, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations (which Plaintiff anticipates will be completed within three weeks), Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  April 25, 2022              Respectfully submitted,

                    By: */s/ Lincoln D. Bandlow*
                    Lincoln D. Bandlow, Esq.
                    LAW OFFICES OF LINCOLN BANDLOW, PC
                    *Attorney for Plaintiff*
                    *Strike 3 Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow